**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   14-cv-02861-WJM

JOHN LAWRENCE WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), and the Order Affirming Decision of Administrative Law Judge ("ALJ"), entered by the Honorable William J. Martínez on August 20, 2015, it is

    ORDERED that the ALJ's decision is AFFIRMED.

    Dated at Denver, Colorado this 20th day of August, 2015.

    BY THE COURT:

    JEFFREY P. COLWELL, CLERK

    By:   s/Deborah Hansen
    Deborah Hansen, Deputy Clerk